**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TASHA GRIFFIN,<br>PLAINTIFF,<br><br>v.<br><br>O'BRIEN, WEXLER, AND ASSOCIATES, LLC,<br>d/b/a "OWA PROCESSING",<br>d/b/a "OLIVER, WRIGHT & ASSOCIATES",<br>d/b/a "NATIONAL ASSET RECOVERY ASSOCIATES",<br>CHARLES JOHNSON, individually, and<br>NATIONAL DEBT HOLDINGS LLC,<br>DEFENDANTS. | CASE NO.: 4:22-cv-970 |

**<u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>**

Now Comes Plaintiff, Tasha Griffin ("Plaintiff"), by and through her undersigned attorneys and hereby applies for a default judgment against Defendants O'Brien, Wexler, and Associates, LLC ("OWA") and Charles Johnson ("Johnson") (OWA and Johnson collectively referred to as "Defendants") and states as follows:

1. Plaintiff filed the Complaint in this matter on November 15, 2022. *See* Doc. 1 – Plaintiff's Complaint.
2. Defendants were served with a summons and the Complaint on January 12, 2023. [Docs. 5 & 6 – Summons Returned Executed].
3. Defendants' Answer or other responsive pleading was due to be filed on or before February 2, 2023. *See* Fed. R. Civ. Pro. 12a(1)(A)(i).
4. Defendant failed to file an answer or otherwise respond to Plaintiff's Complaint and the Clerk has entered the Default of the Defendants. *See* Doc. 9 – Clerk's Entry of Default.
5. As a result of the conduct of Defendants as described in the Complaint, Plaintiff

is entitled to judgment against Defendants pursuant to 15 U.S.C. §1692k and Tex. Fin. Code § 392.403.

6. Plaintiff seeks default judgment against O'Brien, Wexler, and Associates, LLC in the amount of one thousand dollars ($1,000.00) in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).
7. Plaintiff seeks default judgment against O'Brien, Wexler, and Associates, LLC in the amount of one hundred dollars ($100.00) in statutory damages pursuant to Tex. Fin. Code § 392.403.
8. Plaintiff seeks an injunction against O'Brien, Wexler, and Associates, LLC enjoining it from collecting or attempting to collect in Texas in the manner described in the Complaint pursuant to Tex. Fin. Code § 392.403(a)(1).
9. Plaintiff seeks default judgment against Charles Johnson in the amount of one thousand dollars ($1,000.00) in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).
10. Plaintiff seeks default judgment against Charles Johnson in the amount of one hundred dollars ($100.00) in statutory damages pursuant to Tex. Fin. Code § 392.403.
11. Plaintiff seeks an injunction against Charles Johnson enjoining it from collecting or attempting to collect in Texas in the manner described in the Complaint pursuant to Tex. Fin. Code § 392.403(a)(1).
12. Pursuant to15 U.S.C. § 1692k(a)(3) and Tex. Fin. Code § 392.403(b), Plaintiff seeks attorneys fees from Defendants, jointly and severally, in the amount of ten thousand, eight hundred, forty dollars ($10,840.00) and costs in the amount of five hundred, twenty-six dollars and forty cents ($526.40).

13. Plaintiff requests post-judgment interest on the amounts determined as to each defendant at the then-current applicable rate (4.87% per annum as of today's date).
14. The amount of attorneys fees and costs requested is reasonable. *See* Time and Expenses, attached as Exhibit 1, and Affidavit of Jeffrey D. Wood, attached as Exhibit 2.

WHEREFORE, Plaintiff prays for this Honorable Court to enter default judgment against O'Brien, Wexler, and Associates, LLC in the amount of $1,100.00 and against Charles Johnson in the amount of $1,100.00 and against both defendants jointly and severally in the amount of $11,366.40, all with post-judgment interest at the current rate applicable on the date judgment is entered, and an injunction against OWA and Johnson enjoining them from collecting or attempting to collect in Texas in the manner described in the Complaint.

Date: February 17, 2023

Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
The Wood Firm, PLLC
11610 Pleasant Ridge Rd.
Suite 103 – Box 208
Little Rock, AR 72223
TEL: 214-914-8374
FAX: 888-598-9022
EMAIL: jeff@jeffwoodlaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 20232, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail, certified mail, return receipt requested:

CHARLES JOHNSON
7242 LINCOLN AVENUE EXTENSION
LOCKPORT, NY 14094

O'BRIEN WEXLER AND ASSOCIATES LLC
C/O CHARLES JOHNSON
7242 LINCOLN AVENUE EXTENSION
LOCKPORT, NY 14094

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.