# EXHIBIT 1

# STATEMENT OF SERVICES

GRIFFIN v. O'Brien, Wexler and Associates, et al

## ATTORNEYS FEES

| DATE | DESCRIPTION | TIME | RATE | TOTAL FEE |
|---|---|---|---|---|
| 11/16/2021 | conference with Tasha Griffin re collection efforts of Oliver Wright and Associates | 0.50 | $ 400 | $ 200.00 |
| 11/17/2021 | research "oliver wright and associates" to determine viability of client's claim; including pacer research, | 2.70 | $ 400 | $ 1,080.00 |
| 11/18/2021 | conference with client regarding results of research of defendant and viability of claim | 0.40 | $ 400 | $ 160.00 |
| 3/28/2022 | prepare 15-page complaint for submission to defendant's attorney for pre-litigation settlement discussion | 5.80 | $ 400 | $ 2,320.00 |
| 3/29/2022 | prepare correspondence to attorney for defendant regarding pre-litigation settlement discussion | 0.20 | $ 400 | $ 80.00 |
| 3/29/2022 | receive and review correspondence from attorney for defendant regarding pre-litigation settlement | 0.10 | $ 400 | $ 40.00 |
| 3/29/2022 | teleconference with client to discuss case status | 0.10 | $ 400 | $ 40.00 |
| 3/31/2022 | receive and review correspondence from defendant's attorney regarding pre-litigation settlement with | 0.70 | $ 400 | $ 280.00 |
| 3/31/2022 | teleconference with attorney for defendant re pre- | 0.30 | $ 400 | $ 120.00 |
| 4/22/2022 | receive and review email from defendant requesting settlement discussion | 0.10 | $ 400 | $ 40.00 |
| 4/22/2022 | teleconference with client to discuss case status and settlement possibilities | 0.20 | $ 400 | $ 80.00 |
| 4/25/2022 | prepare and send correspondence to defendant Charles Johnson re settlement demand | 0.20 | $ 400 | $ 80.00 |
| 4/25/2022 | receive and review correspondence regarding defendants' claim no contact with client | 0.20 | $ 400 | $ 80.00 |
| 4/25/2022 | review evidence confirming client spoke with defendants claiming no contact | 0.30 | $ 400 | $ 120.00 |
| 4/25/2022 | prepare and send correspondence to defendants in response to claim that OWA did not communicate with client | 0.20 | $ 400 | $ 80.00 |
| 4/25/2022 | receive and review correspondence from defendants requesting evidence of OWA's communication with client | 0.10 | $ 400 | $ 40.00 |
| 4/25/2022 | prepare and send correspondence to defendants regarding evidence requested | 0.10 | $ 400 | $ 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/25/2022 | receive and review correspondence from defendants attempting to claim that despite evidence to the contrary, OWA either did not communicate with Plaintiff or the communication was benign | 0.20 | $ 400 | $ | 80.00 |
| 4/25/2022 | receive and review correspondence from defendants regarding settlement negotiations | 0.10 | $ 400 | $ | 40.00 |
| 4/25/2022 | prepare and send correspondence to defendants requesting evidence in defendants' possession supporting their claim of no legal violation if there was a communication between client and OWA | 0.10 | $ 400 | $ | 40.00 |
| 4/25/2022 | receive and review correspondence from defendants refusing to provide evidence in their possession they claim exhonerates their conduct | 0.10 | $ 400 | $ | 40.00 |
| 4/25/2022 | review evidence to determine how client's story and defendants' conflicting stories might possibly be true - could only determine that defendants might have hired someone else to do the bad phone call and thus be able | 0.40 | $ 400 | $ | 160.00 |
| 4/25/2022 | prepare and send correspondence to defendants requesting information related to who defendants may have hired to work on their behalf if their claims of no illegal conduct is true | 0.10 | $ 400 | $ | 40.00 |
| 4/25/2022 | receive and review correspondence from defendants stating they did not send the account to anyone else to work the account | 0.10 | $ 400 | $ | 40.00 |
| 4/25/2022 | receive and review correspondence from defendants claiming client is lying | 0.20 | $ 400 | $ | 80.00 |
| 4/25/2022 | teleconference with client to discuss claims from defendants | 0.30 | $ 400 | $ | 120.00 |
| 4/25/2022 | additional review of all evidence and analysis of case posture | 0.50 | $ 400 | $ | 200.00 |
| 11/15/2022 | research current whereabouts of defendants for case viability determination | 0.70 | $ 400 | $ | 280.00 |
| 11/15/2022 | edit and revise complaint for filing | 0.60 | $ 400 | $ | 240.00 |
| 11/15/2022 | file complaint | 0.30 | $ 400 | $ | 120.00 |
| 11/16/2022 | review correspondence from Court re case filing | 0.10 | $ 400 | $ | 40.00 |
| 12/21/2022 | prepare summonses to be issued by clerk for defendants | 0.40 | $ 400 | $ | 160.00 |
| 12/21/2022 | review summonses issued by clerk | 0.20 | $ 400 | $ | 80.00 |
| 1/11/2023 | teleconference with process server regarding service on defendants | 0.20 | $ 400 | $ | 80.00 |
| 1/16/2023 | receive and review correspondence from process server confirming service on defendants; and review affidavits of service | 0.20 | $ 400 | $ | 80.00 |
| 2/6/2023 | file returns of service on defendants | 0.20 | $ 400 | $ | 80.00 |

| | | | | |
|---|---|---|---|---|
| 2/10/2023 | prepare and file motion for clerk's entry of default of defendants OWA and Johnson | 0.60 | $ 400 | $ 240.00 |
| 2/10/2023 | prepare correspondence to defendants OWA and Johnson re motion for clerk's entry of default | 0.30 | $ 400 | $ 120.00 |
| 2/15/2023 | receive and review correspondence from defendants regarding settlement negotiations | 0.10 | $ 400 | $ 40.00 |
| 2/15/2023 | teleconference with client regarding request for settlement negotiation from defendants | 0.20 | $ 400 | $ 80.00 |
| 2/15/2023 | prepare correspondence to defendants OWA and Johnson re settlement negotiation | 0.20 | $ 400 | $ 80.00 |
| 2/15/2023 | receive and review counter-offer from defendants | 0.20 | $ 400 | $ 80.00 |
| 2/15/2023 | prepare and send counter-demand to defendants OWA and Johnson | 0.10 | $ 400 | $ 40.00 |
| 2/16/2023 | receive and review clerk's entry of default | 0.20 | $ 400 | $ 80.00 |
| 2/16/2023 | prepare correspondence to defendant NDH re clerk's error in entering default of NDH | 0.20 | $ 400 | $ 80.00 |
| 2/16/2023 | teleconference with counsel for NDH re clerk's entering default of NDH | 0.20 | $ 400 | $ 80.00 |
| 2/16/2023 | prepare and send correspondence to defendants OWA and Johnson re settlement negotiations | 0.20 | $ 400 | $ 80.00 |
| 2/17/2023 | receive and review correspondence from OWA and Johnson refusing to continue settlement discussions | 0.20 | $ 400 | $ 80.00 |
| 2/17/2023 | teleconference with client re settlement negotiations | 0.20 | $ 400 | $ 80.00 |
| 2/17/2023 | receive and review clerk's corrected entry of default | 0.20 | $ 400 | $ 80.00 |
| 2/17/2023 | prepare and send correspondence to NDH counsel re clerk's corrected entry of default | 0.20 | $ 400 | $ 80.00 |
| 2/17/2023 | prepare motion for default judgment against OWA and Johnson | 6.60 | $ 400 | $ 2,640.00 |
| | TOTALS | 27.10 | $ 400 | $ 10,840.00 |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/16/2022 | Eastern District of Texas filing fee | $ 402.00 |
| 1/20/2023 | process server - service on O'Brien Wexler and Charles Johnson | $ 124.40 |